4926-8128-2414

*Electronically Filed*
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CIVIL ACTION NO. 4:24-cv-21-GNS**

TARA JANKOWICZ                                                                                        **PLAINTIFF**

v.

WEBSTER COUNTY, KENTUCKY
GREG SAULS
DAVID WILSON                                                        **DEFENDANTS**

**AGREED ORDER OF DISMISSAL**

This Court, upon submission from the parties, being sufficiently advised that the parties have resolved their dispute:

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**, with prejudice, as to all claims. Each party to bear their own costs.

**SO ORDERED,** this: October 20, 2025

Greg N. Stivers, Chief Judge
United States District Court

**HAVE SEEN AND AGREED**:

/s/ Kristen N. Krueger, Esq
*Counsel for Webster County, Kentucky and Greg Sauls*

/s/ James E. Stoltz (with permission)
James E. Stoltz, Esq.
*Counsel for Plaintiff*

/s/ Carol Schureck Petitt (with permission)
Carol Schureck Petitt, Esq.
Connor Sturgill, Esq.
*Counsel for David Wilson*